*J. E. McDonald* and *H. E. Carter*, for the defendant.

---

RUSH *v.* McCOSKRY and Another.

The Supreme Court will not disturb the finding of a jury where the evidence is conflicting.

ERROR to the *St. Joseph* Circuit Court.

PERKINS, J.—Debt by *Rush* the payee, against *McCoskry* and another, the makers of a promissory note.

Pleas, 1. *Nil debet*.   2. That the note was given to the <span>Nov. Term, 1853.</span>
payee upon an agreement whereby he undertook, for that
sum, to furnish *Rush*, one of the makers, a conveyance
and support for and during a journey to *California;* that
he did not furnish them, and that, therefore, the conside-
ration of the note had failed.

Replication to this second plea, that the consideration
of the note had not failed, &c.

Jury trial, verdict for the defendants, motion for a new
trial overruled, and final judgment on the verdict.

The instructions of the Court are not upon the record.
The evidence appears in the transcript.   It all went to
the jury without objection; and the only question, there-
fore, that can be here raised in regard to it is, whether
the verdict is sustained by it; in other words, whether the
Court below erred in refusing to grant a new trial on the
weight of the evidence.

It is conflicting, and, hence, was for the jury alone to
reconcile and weigh.   The cause, therefore, must go off
our docket under the formula that every term accompanies
so many that are improperly placed upon it, in a like
fate: "In such a case we cannot disturb the finding of
the jury.   The judgment below is affirmed with costs, to
be certified."

*Per Curiam.*—The judgment is affirmed with costs.

*J. A. Liston*, for the plaintiff.

*E. B. Crocker*, for the defendants.